IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**ENTERED**
JAN 15 2004
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

DAMON SLONE,

    Plaintiff,

v.                                CIVIL ACTION NO. 2:03-0081

JOE MANCHIN, III, and LARRY
PUCCIO, in their official and individual
capacities,

    Defendants.

## JUDGMENT ORDER

In accordance with the Memorandum Opinion and Order entered this same day in the above-styled matter, it is **ORDERED** and **ADJUDGED** that judgment be, and hereby is, entered against Plaintiff, Damon Slone, and in favor of Defendants, Joe Manchin III, and Larry Puccio, in their official and individual capacities, in this action.

All matters in this case having been determined, it is further **ORDERED** that the above-styled matter be stricken from the Court's docket.

The Clerk is directed to send a certified copy of this Judgment Order to all counsel of record.

IT IS SO ORDERED this 15th day of January, 2004.

ENTER:

*Elizabeth V. Hallanan*

ELIZABETH V. HALLANAN
Senior United States District Judge